UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

NATIONAL TELECOMMUNICATION
DISTRIBUTORS Inc., an Illinois corporation, a/k/a       Case No. 1 :16-cv-11752
THECUSTOMBOXES.COM,
                Plaintiff,

   v.

MUHAMMAD YOUSAF, AHSAN BUTT, QADEER
AHSAN, USAMA NAVEED, ALI SHEHZAD,
Individually, ICUSTOMBOXES.COM and
CONEXAGON, are Pennsylvania corporations,
                Defendants.

---

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1. The Plaintiff, by and through its attorney Maurice James Salem, seeks compensatory and statutory damages, as well as injunctive relief against its former employees who misappropriated computer program software and trade secrets, as well as committing trademark and nonregistered-copyright infringements. Defendants also breach an employment non-disclosure agreement, **Exhibit A**. Plaintiff's company's assets, its reputation, goodwill and established customer base, are all in jeopardy unless Defendants are enjoined from continuing these violations.

## NATURE OF THE ACTION

2. Plaintiff brings this action on the basis of unauthorized copying and distribution of Plaintiff's trademark and copyright material and unfair competition under the Lanham Act of 1946, as amended, 15 U.S.C. § 1114 et sq., violations of the Illinois unfair-competition laws and violations of common law provisions. In addition, Plaintiffs bring this action on basis of 18 U.S.C. §1836(b), which permit an "owner of a trade secret that

is misappropriated" to "bring a civil action . . . if the trade secret is related to a product or service used in, or intended to be used in, interstate or foreign commerce." These violations are all in connection to Defendants' online retail sales, where the Defendants reap profit from the unauthorized use of Plaintiff's trademark, **Exhibit B**, non-registered copyright works and trade secrets.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under 18 U.S.C. §1836(b), trade secret misappropriation, trademark infringement 15 U.S.C. § 1114 and the Copyright Act, 17 U.S.C. § 101 et seq. This Court has supplemental subject matter jurisdiction over state law claim under 28 U.S.C. § 1367. Venue is proper in this Court under 28 U.S.C. §§ 1391 & 1400, and it is Plaintiffs' state of incorporation and their principal place of business, from which the Defendants misappropriated said material and where the Defendants were employed.

## THE PARTIES

4. Plaintiff, National Telecommunication Distributors Inc., is an Illinois corporation, d/b/a www.thecustomboxes.com and making custom boxes since 2011 at 681 West Briarcliff Road, Bolingbrook, Illinois 60440.

5. Defendant Muhammad Yousaf was an employee at Plaintiff's company who signed an employment non-disclosure agreement, see **Exhibit A**.

6. Defendant Ahsan Butt was an employee at Plaintiff's company who signed an employment non-disclosure agreement

2

7. Defendant Qadeer Ahsan was an employee at Plaintiff's company who signed an employment non-disclosure agreement

8. Defendant Usama Naveed was an employee at Plaintiff's company who signed an employment non-disclosure agreement

9. Defendant Ali Shehzad was an employee at Plaintiff's company who signed an employment non-disclosure agreement.

10. Defendant Icustomboxes.com is a Pennsylvania company created by the individual Defendants and which violated Plaintiff's rights as described herein.

11. Defendant Conexagon is a Pennsylvania company created by the individual Defendants and which violated Plaintiff's rights as described herein.

## STATEMENT OF FACTS

12. Plaintiff, National Telecommunication Distributors Inc., is an Illinois corporation, a/k/a the custom boxes company. It is an online company that creates custom boxes through the website: www.thecustomboxes.com. It was established in 2011.

13. On March 14, 2015, Plaintiff hired Defendants Muhammad Yousaf, Ahsan Butt and Usama Naveed, who signed an employment non-disclosure agreement, **Exhibit A**.

14. On or about September, 2015, Defendant Yousaf and other of Plaintiff's employees, all the co-Defendants herein, wrongfully misappropriated Plaintiff's computer program software, data, trademark, nonregistered copyright designs and used it to create another website: www.icustomboxes.com.

15. The Defendants created a new company at the following address: 207 South 46th Street, Office #4A, Philadelphia, PA 19139; tel. (215) 554-6765 and fax (800) 347-2197.

16. Despite repeated oral and written demands to stop this infringement, the Defendants refused.

17. The Digital Millennium Copyright Act (**DMCA**) is a United States copyright law that implements two 1996 treaties of the World Intellectual Property Organization (WIPO).

18. On June 9, 2016, an initial complaint was made to an DMCA agency about the infringing website, www.icustomboxes.com, which resulted in taking down the website. DMCA-CASE #73662.

19. On December 1, 2016, the Defendants brought back the website using a different internet provider and another complaint to the DMCA was made: DMCA-CASE #85999. On December 29, 2016, Defendants website was taken down again. However DMCA official warned that Defendant can bring this site back up again and that legal action will have to be taken to permanently stop them.

20. On December 30, 2016, the Defendants reopened their website "www.icustomboxes.com," in violation of all the laws stated herein.

**FIRST CAUSE OF ACTION**
**Common Law Trademark Infringement**

21. Plaintiff repeats paragraphs 1 through 20 as stated herein.

22. Plaintiff obtained a trademark registration for the mark "THECUSTOMBOXES" from the United Kingdom, see **Exhibit B**. Trade Mark No. UK00003198407.

23. Plaintiff also has developed a protectable trademark right in a trademark use.

4

24. The Defendants have infringed on Plaintiff's trademark by using the mark "ICUSTOMBOXES" on their products for sale and profits.

25. Defendants have copied and used the mark to sell their products, **Exhibit B**, and to profit, without any authorization from Plaintiffs.

26. Defendant's use of a mark has created a **likelihood**-of-confusion about the origin of the defendant's goods or services.

27. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

## SECOND CAUSE OF ACTION
## Trademark Infringement Under 15 U.S.C. § 1114

28. Plaintiff repeats paragraphs 1 through 20 as stated herein.

29. Plaintiff obtained a trademark registration for the mark "THECUSTOM-BOXES" from the United Kingdom, see **Exhibit B**. Trade Mark No. UK00003198407.

30. Plaintiff also has developed a protectable trademark right in a trademark use.

31. The Defendants have infringed on Plaintiff's trademark by using the mark "ICUSTOMBOXES" on their products for sale and profits.

32. Defendants have copied and used the mark to sell their products, **Exhibit B**, and to profit, without any authorization from Plaintiffs.

33. Defendant's use of a mark has created a **likelihood**-of-confusion about the origin of the defendant's goods or services.

34. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

## THIRD CAUSE OF ACTION
## Trade Secret Misappropriation 18 U.S.C. §1836(b)

35. Plaintiff repeats paragraphs 1 through 20 as stated herein.

36. Plaintiff owns, as a trade secret, the computer program that generates the

website: www.thecustomboxes.com.

37. The Defendants have misappropriated the computer program software and made an unauthorized copy of it and used it to on their products for sale and profits.

38. Defendants have used the trade secret to create the website, www.icustom-boxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

39. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

### FOURTH CAUSE OF ACTION
### False Designation of Origin – 15 U.S.C. § 1125(a)

40. Plaintiff repeats paragraphs 1 through 20 as stated herein.

41. This claim arises under Section 43(a) of the Lanham Act, as amended 15 U.S.C. § 1125(a) and alleges Defendants' use in interstate commerce of false designations of origin and false description and representations.

42. Plaintiff owns the mark contained in website: www.thecustomboxes.com.

43. The Defendants use on Plaintiff's mark, including, but not limited to the unauthorized copy of its website for use and distribution on their products for sale and profits.

44. Defendants have copied and used the mark at the website, www.icustom-boxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

45. Plaintiff has been, is now and will be irreparably harmed by Defendants' aforementioned wrongful acts, unless enjoined by this Court. There is no adequate remedy at law for the harm caused by these wrongful acts alleged herein.

46. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

### FIFTH CAUSE OF ACTION

**Illinois Uniform Deceptive Practice Act, 815 ILCS 510/1 *et seq*.**

47. Plaintiff repeats paragraphs 1 through 20 as stated herein.

48. This claim arises under the Illinois Uniform Deceptive Practice Act, 815 ILCS 510/1 *et seq*., and alleges Defendants' use in interstate commerce of false designations of origin and false description and representations.

49. Plaintiff owns the mark contained in website: www.thecustomboxes.com.

50. The Defendants use of the mark "icustomboxes.com" inconnection with use and distribution on their products for sale and profits, will likely cause confusing or misunderstanding as to the source, sponsorship, approval or certification of its goods or services.

51. Defendants have copied and used the mark at the website, www.icustomboxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

52. Plaintiff has been, is now and will be irreparably harmed by Defendants' aforementioned wrongful acts, unless enjoined by this Court. There is no adequate remedy at law for the harm caused by these wrongful acts alleged herein.

53. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

**SIXTH CAUSE OF ACTION**
**Illinois Consumer Fraud and Deceptive Business Practice Act,**
**815 ILCS 505/1 *et seq*.**

54. Plaintiff repeats paragraphs 1 through 20 as stated herein.

55. This claim arises under the Illinois Consumer Fraud and Deceptive Business Practice Act, 815 ILCS 505/1 *et seq*., and alleges Defendants' use in interstate commerce of false designations of origin and false description and representations.

56. Plaintiff owns the mark contained in website: www.thecustomboxes.com.

57. The Defendants intentional use of the mark "icustomboxes.com" inconnection with use and distribution on their products for sale and profits, will likely cause confusing or misunderstanding as to the source, sponsorship, approval or certification of its goods or services.

58. Defendants have copied and used the mark at the website, www.icustomboxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

59. Plaintiff has been, is now and will be irreparably harmed by Defendants' aforementioned wrongful acts, unless enjoined by this Court. There is no adequate remedy at law for the harm caused by these wrongful acts alleged herein.

60. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

## SEVENTH CAUSE OF ACTION
## Non-registered Copyright Infringement – 17 U.S.C. § 501

61. Plaintiff repeats paragraphs 1 through 20 as stated herein.

61. Plaintiff owns the non-registered copyrights contained in website: www.thecustomboxes.com.

63. The Defendants have infringed on Plaintiff's Copyrights, including, but not limited to the unauthorized copy of its website for use and distribution on their products for sale and profits.

64. Defendants have copied and used the copyright material at the website, www.icustomboxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

65. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

## EIGHTH CAUSE OF ACTION
## BREACH OF CONTRACT

66. Plaintiff repeats paragraphs 1 through 20 as stated herein.

67. On March 3, 2015, Plaintiff entered into a contract with Defendants, **Exhibit A**.

68. The contract obligates the Defendants to keep confidential, as a "Proprietary Information," the trade secret computer program software that generates the website: www.thecustomboxes.com.

69. The Defendants have breached said contract by making an unauthorized copy of it and used it to on their products for sale and profits.

70. Defendants have used the trade secret to create the website, www.icustom-boxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

71. **WHEREFORE,** Plaintiffs respectfully request the relief stated below.

## NINETH CAUSE OF ACTION
## Common Law Unfair Competition

72. Plaintiff repeats paragraphs 1 through 20 as stated herein.

73. This claim is based on common law unfair competition and alleges Defendants' use in interstate commerce of false designations of origin and false description and representations.

74. Plaintiff owns the mark contained in website: www.thecustomboxes.com.

75. The Defendants use on Plaintiff's mark, including, but not limited to the unauthorized copy of its website for use and distribution on their products for sale and profits.

76. Defendants have copied and used the mark at the website, www.icustom-boxes.com, to sell their products, and to profit, without any authorization from Plaintiff.

77. Plaintiff has been, is now and will be irreparably harmed by Defendants' aforementioned wrongful acts, unless enjoined by this Court. There is no adequate remedy at law for the harm caused by these wrongful acts alleged herein.

## RELIEF REQUESTED

78. **WHEREFORE,** Plaintiff respectfully request the following relief:

A. Permanently enjoining Defendants, their agents, servants, employees, attorneys, and all those acting in concert with them, from infringing on Plaintiff's intellectual property rights and using any mark, trade secret, design shown herein;

B. Awarding Plaintiff compensatory damages that includes disgorging all of Defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' infringement of the Plaintiff property;

C. Awarding Plaintiff two million dollars ($2,000,000) per counterfeit mark, per type of good offered or sold, pursuant to 15 U.S.C. § 1117(c);

D. Awarding plaintiffs their costs and reasonable attorneys' fees in this Action, pursuant to 15 U.S.C. § 1117 and/or 815 ILCS 510/3; and

D. Awarding plaintiffs such other and further relief as the Court deems just and proper.

**JURY TRIAL IS DEMANDED**

Dated: December 30, 2016**,**

                                                Respectfully submitted,

                                                /s/Maurice James Salem,
                                                Law Offices of Salem & Associates
                                                Attorney for Plaintiff
                                                7156 West 127th Street, B-149
                                                Palos Heights, IL. 60463
                                                Tel. (708) 277-4775

Fax (708) 448-4515
salemlaw@comcast.net

**Declaration by Plaintiff's Agent**

I, Amir Bashir, am the CEO of the Plaintiff corporation in this case and I hereby testify under the penalties of perjury that the facts stated in this Complaint are true and complete, except those facts alleged upon information and those facts that I believe to be true.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of December, 2016.

_____

Amir Bashir, CEO